CHARLES WHITE, Respondent, v. U-WANT-A CAB COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEWELL OSTER, Appellant, v. HAROLD OSTER, Also Known as HAROLD WHALEN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JIMMY COOPER, Appellant, v. GERTRUDE " BABY " COX, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch and Proskauer, JJ., dissent.

In the Matter of the Application of KERWIN H. FULTON, as Substituted Trustee, etc., of ALEXANDER CLARK, Deceased, for the Appointment of Persons to Appraise the Value of Shares of Stock Held by the Petitioner in Van Beuren and New York Billposting Company.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AL H. WOODS and ROSE B. WOODS, Respondents, v. JAMES BARTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM M. BALDWIN, Respondent, v. RUSTLESS IRON CORPORATION OF AMERICA and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN H. BALLARD, Respondent, v. GIMBEL BROTHERS, INC., Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOL AMSTER, Appellant, v. CROWN PROPERTIES, INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted on the giving of a bond for $1,000. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGUERITE L. CASIMIER v. CHARLES A. STONEHAM and Another.— Motion to dismiss appeal denied with leave to renew if no steps to perfect the appeal are taken on or before December 23, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD F. ELDRIDGE v. WM. A. ROGERS, LTD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM SCHNEIDER v. BENJAMIN SCHRIFT.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 15, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.